1  RICHARD E. NOSKY, JR., City Attorney
   State Bar No. 130726
2  SHELLEY L. GREEN, Deputy City Attorney
   State Bar No. 161521
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333

5  Attorneys for Defendants

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  Jeffrey Thornhill,              )   No. CIV-S-04-0947 MCE/GGH
                                    )
12          Plaintiff,              )   **STIPULATION AND ORDER TO**
                                    )   **EXTEND FINAL DATES FOR**
13      v.                          )   **DISCOVERY, EXPERT EXCHANGE,**
                                    )   **AND MOTION HEARING SCHEDULE**
14  Officer S. Perry                )
    individually, and in his        )
15  capacity as a Stockton          )
    Police Officer, Officer Paul    )
16  Bonnet individually and in his  )
    capacity as a Stockton Police   )
17  Officer, SGT. Meadors           )
    individually, and in his        )
18  capacity as a Sergeant of the   )
    Stockton Police Department,     )
19  Edward Chavez individually,     )
    and in his capacity as          )
20  Stockton Chief of Police,       )
    Does 1-50,                      )
21                                  )
            Defendants.             )
22  _____)

23      Due to the parties experiencing calendaring and scheduling

24  conflicts, particularly in connection with the scheduling of

25  depositions, the parties respectfully request the Court's

26  permission to extend some of the Court-ordered cut-off dates.

27      After a joint conference to discuss scheduling conflicts

28  among the parties:

                            1

1    IT IS HEREBY STIPULATED, by and between the parties hereto,

2  through their respective counsel, to extend the final dates for

3  discovery, expert exchange, and motion hearing schedule as set

4  out in the Status (Pretrial Scheduling) Order, filed October 26,

5  2004, as follows:

6    **Discovery Cut-off**          **From June 15, 2005 to**
                                     **November 15, 2005**
7
     **Expert Exchange**            **From August 15, 2005 to**
8                                   **December 15, 2005**

9    **Motion Hearing Schedule**    **From November 14, 2005**
                                     **to January 23, 2006**
10

11   All the remaining dates, including the trial date, will

12  remain unchanged.

13  Dated: June 23, 2005          */s/ Gregory R. Davenport*
                                  GREGORY R. DAVENPORT
14                                Attorney at Law

15

16  Dated: June 23, 2005          */s/ Mark Thiel*
                                  MARK THIEL
17                                Attorney at Law

18                                Attorneys for Plaintiff

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

```
1   Dated: June 23, 2005              RICHARD E. NOSKY, JR.
                                      CITY ATTORNEY
2
                                      BY   /s/ Shelley L. Green
3                                        SHELLEY L. GREEN
                                         DEPUTY CITY ATTORNEY
4
                                      Attorneys for Defendants
5

6                                          ORDER

7        IT IS SO ORDERED.

8   Dated: July 15, 2005

9

10                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```