1  **GREGORY DAVENPORT**
   **Attorney at Law**
2  **3031 W. March Lane, Suite 334 East**
   **Stockton, CA 95219**
3  **(209) 937-8333**

4

5  **MARK A. THIEL, SBN 182045**
   **LAW OFFICES OF MARK A. THIEL**
   **1743 GRAND CANAL BLVD., SUITE 10**
6  **STOCKTON, CA 95207**
   **(209) 951-9600**
7  **(209) 951-0863**

8  **Attorneys for Plaintiff,**
   **JEFFREY THORNHILL**
9

10

11

12                **UNITED STATES DISTRICT COURT**

13                **EASTERN DISTRICT OF CALIFORNIA**

14
    **JEFFREY THORNHILL,**                              **2:04-cv-0947-MCE-GGH**
15

16  **vs.**
                                                        **ORDER**
17
    **CITY OF STOCKTON,**
18  **et al.**

19
                    **Defendants.**
20  _____/

21  **TO ALL PARTIES AND ATTORNEY OF RECORD:**

22         **NOTICE IS HEREBY GIVEN,** that the Notice of Substitution filed in this matter is

23  hereby  granted and approved;

24         DATED:  March 27, 2006

25

26  _____

27         MORRISON C. ENGLAND, JR
           UNITED STATES DISTRICT JUDGE

28